Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                           :
                                 :    Bankruptcy No. 09-33975
RAMSEY, LAUREN ELOINE            :
                                 :    [Chapter 7]
                                 --ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

    **A**    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

          Attached is check #__ payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

**XX**    **B**    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 116 | Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South<br>P.O. Box 3194<br>Salt Lake City, UT 84110 | $4.88<br><br><br><br>Check Total: $4.88 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.



DATED: September 22nd, 2010

_____
Roger G. Segal, Trustee